PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
AUG - 5 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kou Lee**

**Docket No. 0:01CR00244-001(JRT)**

**Petition on Supervised Release**

COMES NOW **David N. Duncan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kou Lee** who was sentenced for Distribution of Methamphetamine, on January 14, 2003, by the Honorable John R. Tunheim, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Substance abuse testing
- No gang association

On July 6, 2008, Mr. Lee was issued a citation for Urinating in Public (1081090845) and was ordered to complete 16 hours community service.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**STANDARD CONDITION #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On July 31, 2008, Mr. Lee admitted using marijuana several days earlier and stated he exercised poor judgement.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

SCANNED
AUG 07 2008
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 5th day of August, 2008, and ordered filed and made a part of the records in the above case.

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David N. Duncan
U.S. Probation Officer
Telephone: 651-848-1247

Executed on August 4, 2008
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer

c: United States Sentencing Commission