Prob 49

**FILED BY CLERK OF COURT**

RECEIVED
AUG - 5 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Kou Lee

Docket No. 0:01CR00244-001

**HEARING WAIVER**

I, Kou Lee, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

Signed: ______________________
Kou Lee

Witness: ______________________

Dated: 7/29/08

SCANNED
AUG 07 2008
U.S. DISTRICT COURT MPLS